JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Oscar Ramirez et al

         Plaintiff,

v.

County of Los Angeles et al

         Defendants.

Case No.  CV 15-03062-AB (PLAx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown **no later than September 19, 2016**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 28, 2016

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.